IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Ruben Badillo**<br><br>　　　　　Debtor(s). | Case # 17-06459<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for April 5, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

　　TO:  Attached Service List

　　　　PLEASE TAKE NOTICE that on April 12, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present Trustee's **Motion to Compel Turn Over**, a copy of which is attached hereto and is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　/s/     Cindy M. Johnson
Cindy M. Johnson　　　　　　　　　　　　　　Chapter 7 Trustee
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306


## CERTIFICATE OF SERVICE

　　I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Box at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 5, 2019.

　　　　　　　　　　　　　　　　　　　　　 /s/ Cindy M. Johnson

## SERVICE LIST

**Electronic Mail Notice List**

Kinnera Bhoopal: kinnera.bhoopal@mccalla.com

Cindy M. Johnson: cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com

Patrick S Layng: USTPRegion11.ES.ECF@usdoj.gov

Dana N O'Brien: dana.obrien@mccalla.com, NDistrict@mccalla.com

David M Siegel: davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com


**US Mail**
Ruben Badillo
1109 Butterfield Cir. W.
Shorewood, Il  60404

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| IN RE: Ruben Badillo Debtor(s). | Case # 17-06459 Chapter 7 Honorable Pamela S. Hollis Set for April 5, 2019 at 10:00 a.m. |
|---|---|

## MOTION TO COMPEL TURN OVER

NOW COMES, Cindy M. Johnson (hereafter, "Trustee"), not individually, but as trustee of the bankruptcy estate of Ruben Badillo, and, in support of her Motion to Compel Turn Over, states as follows:

1. On March 03, 2017, Ruben Badillo filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code (hereafter, "Code").

2. Ruben Badillo ("Debtor") is the debtor in this case.

3. As a party in interest, Trustee is amply justified in requesting documents and information from a debtor concerning (a) the acts of the debtor, (b) the conduct of the debtor, (c) the property of the debtor, (d) matters which may affect the administration of the debtor's estate, (e) the operation of any business and the desirability of its continuance, and (f) any other matter relevant to the case or the administration of the bankruptcy estate. Trustee is further entitled to turn over of estate assets for sale.

4. On June 14, 2017, Trustee emailed Debtor's attorney David Siegel requesting repayment to the bankruptcy estate. Exhibit 1.

5. On September 14, 2017, Trustee's former assistant, Zoona Ali, sent Mr. Sielgel a follow-up email asking Mr. Siegel to respond to the repayment request at his earliest convenience. Exhibit 2.

6. On October 4, 2017, Dustin Allen, an attorney at Mr. Siegel's office responded to the September 14, 2017 email from Trustee's former assistant Zoona Ali as follows:

> … I apologize that we haven't gotten back to you sooner regarding this matter. We are following up with Debtor about his claim that his divorce decree directed him to pay a portion of his tax refunds to his spouse, demising its value to the estate. I've received a partial copy of the divorce decree, and will forward over the full decree once I have received it.

Exhibit 3.

7. On February 12, 2019, current Trustee assistant Carleen Cignetto sent an email to Mr. Siegel stating she had never received a full copy of Debtor's divorce decree. Ms. Cignetto also informed Mr. Siegel that if he did not provide either a copy of the divorce decree or turn over $7,884.40 to the estate by the close of business on February 22, 2019, a Motion to Compel Turnover of funds would be filed. Exhibit 4.

8. On February 18, 2019, an email from Mr. Siegel's office to Ms. Cignetto purported to have the divorce decree attached. Exhibit 5.

9. On February 27, 2019, Ms. Cignetto replied *via* email to Mr. Siegel noting that the judgment order she received by email from Mr. Siegel on February 18, 2019 contained no provision stating Debtor's former wife was entitled to any portion of Debtor's tax refunds. Ms. Cignetto asked Mr. Siegel to direct her to the provision of the order directing division of the funds, or alternatively, to remit $7,884.40 to the estate, to cover:

a. First Midwest Bank funds – Estate Value $1,330.40;

    b. Federal Tax Refund – Estate Value $5,461.00;

    c. Illinois Tax Refund – Estate Value $368.00; and

    d. 2005 Yamaha Roadstar $725.

The email further stated that the Trustee would accept a reasonable payment plan. Exhibit 6.

    10. Neither Debtor nor Mr. Siegel's office have provided any court order or other document stating Debtor was required to pay a portion of his income tax refund to Debtor's former wife.

    11. Neither Debtor nor Mr. Siegel's office have turned over any funds owed to the bankruptcy estate, nor has there been a turnover of the vehicle.

    12. In fact, no response was received to the email.

WHEREFORE, Cindy M. Johnson, not individually, but as Trustee of the Estate of Ruben Badillo, asks this Honorable Court to enter to enter an order:

    a. Compelling that the Debtor, within fourteen days, to turn over to the Trustee the sum of $7,154.00;

    b. Directing the Debtor to turn over the 2005 Yamaha Roadstar, the title to the vehicle and the keys to the vehicle to the Trustee; and,

    c. Granting such other and further relief as is just and equitable.

Respectfully submitted,
Cindy M. Johnson, not individually, but as Trustee of the Estate of Ruben Badillo,

/s/    Cindy M. Johnson
Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306