## Cindy Johnson

**From:** CMJTrustee on behalf of cmjtrustee@jnlegal. net (cmjtrustee@jnlegal.net)
**Sent:** Wednesday, June 14, 2017 10:20 PM
**To:** 'davidsiegelbk@gmail.com'
**Subject:** Case # 17-06459, Badillo, Ruben

Counsel:

From my analysis, there are assets in this estate for distribution to creditors. My calculations are as follows:

1. First Midwest Bank funds - ESTATE VALUE: $1,330.40
    a. The amount in the account on the date of filing was $2,980.40; exemption claimed $1,650.00
2. Federal Tax Refund - ESTATE VALUE: $5,461.00
    a. Debtor received $5,461.00. Although the item exempted is listed on schedule C, the exemption amount claimed was $0.
3. Illinois Tax Refund- ESTATE VALUE: $368.00
    a. Debtor received $368.00. Not exempted on Schedule C.
4. 2005 Yamaha Roadstar: $725.00
    a. KBB shows a trade in value of $3,265.00. Debtor claimed a total exemption of $2,540.00.

Therefore, as for the bank account/tax return assets, please have debtor send a check to me, made payable to "Cindy M. Johnson, Trustee of 17-06459" in the amount of $7,159.40. Also, please advise if Debtor would like to make a buyback offer for the equity in the Yamaha.



Cindy M. Johnson (managing member)
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
Phone: (312) 345-1306 Ext. 101
Fax: (312) 345-1308

CONFIDENTIALITY NOTICE: This message, which contains information from a law firm, may be confidential and privileged. If you have received this communication in error, you are not the addressee, or you are not authorized to receive for the addressee, you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**EXHIBIT 1**

1

# EXHIBIT 2

## EXHIBIT 2 - page 1 of 2

On Thu, Sep 14, 2017 at 12:26 PM, Zoona Ali <ZAli@jnlegal.net> wrote:

Dear counsel,

1

I am following up on a previous email sent by Trustee copied below; please respond at your earliest convenience:

Counsel:

From my analysis, there are assets in this estate for distribution to creditors. My calculations are as follows:

1. First Midwest Bank funds - ESTATE VALUE: $1,330.40

    a. The amount in the account on the date of filing was $2,980.40; exemption claimed $1,650.00

2. Federal Tax Refund - ESTATE VALUE: $5,461.00

    a. Debtor received $5,461.00. Although the item exempted is listed on schedule C, the exemption amount claimed was $0.

3. Illinois Tax Refund- ESTATE VALUE: $368.00

a. Debtor received $368.00. Not exempted on Schedule C.

4. 2005 Yamaha Roadstar: $725.00

a. KBB shows a trade in value of $3,265.00. Debtor claimed a total exemption of $2,540.00.

Therefore, as for the bank account/tax return assets, please have debtor send a check to me, made payable to "Cindy M. Johnson, Trustee of 17-06459" in the amount of $7,159.40. Also, please advise if Debtor would like to make a buyback offer for the equity in the Yamaha.



Cindy M. Johnson (managing member)
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
Phone: (312) 345-1306 Ext. 101
Fax: (312) 345-1308

EXHIBIT 2 - page 2 of 2

Thank you,

2

# EXHIBIT 3

**From:** David Siegel <davidsiegelbk@gmail.com>
**Sent:** Wednesday, October 4, 2017 8:55 AM
**To:** Zoona Ali <ZAli@jnlegal.net>
**Subject:** Re: Case # 17-06459, Badillo, Ruben

Zoona:

I apologize that we haven't gotten back to you sooner regarding this matter.  We are following up with the Debtor about his claim that his divorce decree directed him to pay a portion of his tax refunds to his spouse, diminishing it's value to the estate.  I've received a partial copy of the divorce decree, and will forward over the full decree once I have received it.

Sincerely,

Dustin B. Allen
Attorney at Law

On Thu, Sep 14, 2017 at 12:26 PM, Zoona Ali <ZAli@jnlegal.net> wrote:

Dear counsel,

EXHIBIT 3

1

# Cindy Johnson

**From:** Carleen Cignetto
**Sent:** Tuesday, February 12, 2019 5:52 PM
**To:** 'David Siegel'
**Subject:** RE: Case # 17-06459, Badillo, Ruben

David:
I don't see that we ever received a copy of the Divorce Decree referred to below. If you can provide that to me, I can close this case. Otherwise, please turnover the $7,884.40 previously requested which is broken down as follows.
1. First Midwest Bank - ESTATE VALUE: $1,330.40
2. Federal Tax - ESTATE VALUE: $5,461.00
3. Illinois Tax - ESTATE VALUE: $368.00
4. 2005 Yamaha Roadstar: $725.00

If the Judgment of Dissolution of Marriage or the funds are not provided to the Trustee by close of business on February 22, 2019 a Motion to Compel Turnover of the funds will be filed.

Carleen



Carleen L. Cignetto
Trustee Assistant
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
Phone: (312) 345-1306 Ext. 110
Fax: (312) 345-1308

**From:** David Siegel <davidsiegelbk@gmail.com>
**Sent:** Wednesday, October 4, 2017 8:55 AM
**To:** Zoona Ali <ZAli@jnlegal.net>
**Subject:** Re: Case # 17-06459, Badillo, Ruben

Zoona:

I apologize that we haven't gotten back to you sooner regarding this matter. We are following up with the Debtor about his claim that his divorce decree directed him to pay a portion of his tax refunds to his spouse, diminishing it's value to the estate. I've received a partial copy of the divorce decree, and will forward over the full decree once I have received it.

Sincerely,

Dustin B. Allen
Attorney at Law

On Thu, Sep 14, 2017 at 12:26 PM, Zoona Ali <ZAli@jnlegal.net> wrote:

Dear counsel,

**EXHIBIT 4**

1

# EXHIBIT 5

**From:** David <davidmsiegel@hotmail.com>
**Sent:** Monday, February 18, 2019 1:03 PM
**To:** Trustee Assistant <trusteeassistant@jnlegal.net>
**Subject:** 17-06459 Badillo, Ruben

Per your request, please see attached the divorce decree.



**David M. Siegel & Associates**
Attorneys at Law
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
www.davidmsiegel.com

1    EXHIBIT 5

# Cindy Johnson

**From:** Trustee Assistant
**Sent:** Wednesday, February 27, 2019 5:42 PM
**To:** 'David'
**Subject:** RE: 17-06459 Badillo, Ruben

Thanks David. I have reviewed the Judgment order you provided to me and I do not see that the former Mrs. Badillo is not entitled to any portion of the Tax refunds. If I missed the provision that provides for the division of the refunds, please let me know.

If my reading of the Judgment is correct, I am again requesting that the sum of $7,884.40 be turned over to the Trustee. She will accept a reasonable payment plan.

To refresh your recollection the $7,884.40 is broken down as follows:
1. First Midwest Bank - ESTATE VALUE: $1,330.40
2. Federal Tax - ESTATE VALUE: $5,461.00
3. Illinois Tax - ESTATE VALUE: $368.00
4. 2005 Yamaha Roadstar: $725.00

Carleen

Carleen L. Cignetto
Trustee Assistant
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
Phone: (312) 345-1306 Ext. 110
Fax: (312) 345-1308

**From:** David <davidmsiegel@hotmail.com>
**Sent:** Monday, February 18, 2019 1:03 PM
**To:** Trustee Assistant <trusteeassistant@jnlegal.net>
**Subject:** 17-06459 Badillo, Ruben

Per your request, please see attached the divorce decree.



**David M. Siegel & Associates**
Attorneys at Law
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
www.davidmsiegel.com

# EXHIBIT 6

1