FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-06459 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ruben Badillo | | | | Date Filed (f) or Converted (c): | 03/03/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/30/2017 |
| For Period Ending: | 09/30/2018 | | | | Claims Bar Date: | 09/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1109 Butterfield Cir. W. Shorewood Il 60404-0000 Will | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. 2005 Yamaha Road Star | 2,540.00 | 725.00 | | 0.00 | 725.00 |
| 3. Household Goods & Furiture | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Tv & Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 5. Normal Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 6. Standard Bank | 1,650.00 | 0.00 | | 0.00 | 1,330.40 |
| 7. Erisa Qualified Per Divorce Decree, Half Interest Will Go To | 8,811.50 | 0.00 | | 0.00 | FA |
| 8. Tax Refund | 0.00 | 0.00 | | 0.00 | 5,461.00 |
| 9. 2016 Illinois Tax Refund (u) | 0.00 | 368.00 | | 0.00 | 368.00 |

|   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $150,401.50 | $1,093.00 | $0.00 | $7,884.40 |
|   |   |   |   | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating whether debtor required to turnover 1/2 of tax refunds to ex wife per divorce decree. If confirmed, insufficient assets to administer.

| RE PROP # | 1 | -- | Debtor has a 1/2 interest.  Insufficient equity to file suit and sell. |
| RE PROP # | 6 | -- | n/k/a First Midwest Bank |
| RE PROP # | 8 | -- | 2016 Federal |

Initial Projected Date of Final Report (TFR): 08/22/2018      Current Projected Date of Final Report (TFR): 01/25/2019

Trustee Signature:    /s/ Cindy M. Johnson, Trustee      Date: 04/29/2019

Cindy M. Johnson, Trustee
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
(312) 345-1306
CMJtrustee@jnlegal.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-06459 | | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Ruben Badillo | | Bank Name: | |
| | | | Account Number/CD#: | |
| Taxpayer ID No: | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Cindy M. Johnson, Trustee   Date: 04/29/2019

Cindy M. Johnson, Trustee
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
(312) 345-1306
CMJtrustee@jnlegal.net

Page Subtotals:                                                                                  $0.00            $0.00